IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY FULLER, | No. 4:24-CV-01618 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| CABINETWORKS MICHIGAN, LLC, THE CABINETWORKS GROUP, and CABINETWORKS GROUP, INC., | |
| Defendants. | |

## ORDER

### JANUARY 31, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Compel Mediation/Arbitration and to Stay the Case (Doc. 6) is **HELD IN ABEYANCE** until a determination is made as to whether Jerry Fuller is bound by the disputed arbitration agreement;

2. Defendants' Motion to Stay (Doc. 12) their response to Plaintiff Fuller's Motion for Conditional Certification and Issuance of Notice to Employees (Doc. 8) is **GRANTED**;

3. The Court will **STAY** Plaintiff Fuller's Motion for Conditional Certification and Issuance of Notice to Employees (Doc. 8) pending resolution of the parties' arbitrability dispute; and

4. An Order scheduling a telephonic status conference with counsel of record will issue separately.

                                                  BY THE COURT:

                                                  *s/ Matthew W. Brann*
                                                  Matthew W. Brann
                                                  Chief United States District Judge