# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMY FULLER, | No. 4:24-CV-01618 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| CABINETWORKS MICHIGAN, LLC, THE CABINETWORKS GROUP, and CABINETWORKS GROUP, INC., | |
| Defendants. | |

## ORDER

### JULY 3, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Summary Judgment (Doc. 23) is **DENIED**.

2. Pursuant to the consent of counsel, this matter will proceed to a bench trial on the issue of arbitrability.

3. The Court shall schedule a telephonic status conference with counsel of record by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge