# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMY FULLER, | No. 4:24-CV-01618 |
| Plaintiff, | Chief Judge Brann |
| v. | |
| CABINETWORKS MICHIGAN, LLC, THE CABINETWORKS GROUP, and CABINETWORKS GROUP, INC., | |
| Defendants. | |

## ORDER

### NOVEMBER 7, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' Motion to Compel Mediation/Arbitration and Stay the Case (Doc. 6) is **GRANTED**. Plaintiff is directed to mediate/arbitrate his claims on an individual basis in accordance with the terms of the Dispute Resolution Program Agreement. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge